UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AQUAVITA INTERNATIONAL S.A.         :

                Plaintiff,         :

- against -         :

BUNKER HOLDINGS LTD.         :

                Defendant.         :
------------------------------------------------------X

08 CV 5878

RECEIVED
PRO SE CASE
JUN 30 2008
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: June 30, 2008
       New York, NY

                                    The Plaintiff,
                                    AQUAVITA INTERNATIONAL, S.A.

           By:  *(signature)*
                                    Claurisse Campanale-Orozco (CC 3581)
                                    Thomas L. Tisdale (TT 5263)
                                    TISDALE LAW OFFICES, LLC
                                    11 West 42nd Street, Suite 900
                                    New York, NY 10036
                                    (212) 354-0025 – phone
                                    (212) 869-0067 – fax
                                    corozco@tisdale-law.com
                                    ttisdale@tisdale-law.com