LAW OFFICES OF GEORGE N. PROIOS, PLLC
George N. Proios (GP-9331)
Herald Square Building
1350 Broadway, Suite 1507
New York, NY 10018-7702
(212) 279-8880
Facsimile (212) 279-0670

Attorneys for Defendant Bunker Holdings Ltd

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
NEW YORK
-------------------------------------------------------x
                                                       :
AQUAVITA INTERNATIONAL, S.A.                           :
                                                       :    Civil Action No.
    Plaintiff,                                     :    1:08-cv-05878-UA
                                                       :
v.                                                     :
                                                       :    NOTICE OF APPEARANCE OF
BUNKER HOLDINGS, LTD.,                                 :    COUNSEL FOR
                                                       :    BUNKER HOLDINGS AND
-------------------------------------------------------x    DESIGNATION OF AGENT TO
                                                            ACCEPT SERVICE OF PROCESS

    **PLEASE TAKE NOTICE** that undersigned counsel hereby enters his appearance as counsel for defendant Bunker Holdings, Ltd.

    **PLEASE ALSO TAKE NOTICE** that Bunker Holdings, Ltd. has designated undersigned counsel to receive all service of process on behalf of Bunker Holdings, Ltd. to be served in this District. Service of process may be made by facsimile or email.

Dated: July 3, 2008.

*[signature: George N. Proios]*

LAW OFFICES OF GEORGE N. PROIOS, PLLC
George N. Proios (GP-9331)
Herald Square Building
1350 Broadway, Suite 1507
New York, NY 10018-7702
(212) 279-8880
Facsimile (212) 279-0670

Attorney for Bunker Holdings, Ltd.

-2-

OF COUNSEL:
J. Stephen Simms
W. Charles Bailey, Jr.
Simms Showers LLP
Suite 702
Twenty South Charles Street
Baltimore, Maryland 21201
410-783-5795
Fax: 410-510-1789