LAW OFFICES OF GEORGE N. PROIOS, PLLC
George N. Proios (GP-9331)
Herald Square Building
1350 Broadway, Suite 1507
New York, NY 10018-7702
(212) 279-8880
Facsimile (212) 279-0670

Attorneys for Defendant Bunker Holdings Ltd

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
NEW YORK
--------------------------------------------------------x
                                                        :
AQUAVITA INTERNATIONAL, S.A.
                                                        :     Civil Action No.
    Plaintiff,                                                1:08-cv-05878-UA
                                                        :
    v.                                                        **F.R. CIV. P. RULE 7.1**
                                                        :     **STATEMENT**
BUNKER HOLDINGS, LTD.,
                                                        :
--------------------------------------------------------x

      Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that plaintiff Bunker Holdings, Ltd. is not publicly traded or owned by a publicly traded corporation.

Dated: July 10, 2008.

                                        */s/ George N. Proios*

                              LAW OFFICES OF GEORGE N. PROIOS, PLLC
                              George N. Proios (GP-9331)
                              Herald Square Building
                              1350 Broadway, Suite 1507
                              New York, NY 10018-7702
                              (212) 279-8880
                              Facsimile (212) 279-0670

                              Attorney for Bunker Holdings, Ltd.

OF COUNSEL:
J. Stephen Simms
W. Charles Bailey, Jr.
Simms Showers LLP
Suite 702
Twenty South Charles Street
Baltimore, Maryland 21201
410-783-5795
Fax: 410-510-1789

## CERTIFICATE OF SERVICE

I certify that on July 10, 2008 I caused the foregoing to be filed on this Court's CM/ECF system for service on all record counsel.