UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                       :

AQUAVITA INTERNATIONAL, S.A.

                                          Plaintiff,            :        08 Civ. 5878 (WHP)

                                                                     :

v.                                                                        :        MOTION TO ADMIT COUNSEL
                                                                        :        *PRO HAC VICE*

BUNKER HOLDINGS, LTD.,

                                                                        :

                              Defendant

                                                                        :
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, George N. Proios, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> J. Stephen Simms
> Simms Showers LLP
> 20 S. Charles Street, Suite 702, Baltimore, Maryland 21201
> Phone: 410-783-5795   Facsimile: 410-510-1789
> E-mail: jssimms@simmsshowers.com

J. Stephen Simms is a member in good standing of the Bar of the States of Maryland, Illinois and the District of Columbia. There are no pending disciplinary proceedings against J. Stephen Simms in any State or Federal court.

Dated: August 5, 2008
       New York, New York

                                                          Respectfully submitted,

                                                          George N. Proios (GP-9331)
                                                          Law Offices of George N. Proios, PLLC
                                                          Herald Square Building
                                                          1350 Broadway, Suite 1507
                                                          New York, NY 10018-7702
                                                          Telephone (212) 279-8880
                                                          Facsimile  (212) 279-0670
                                                          Counsel for Defendant

## CERTIFICATE OF SERVICE

Alberta Jacques declares and states that:

I am not a party to these actions, am over 18 years of age and reside in Queens, New York. I am at the Law Offices of George N. Proios, PLLC, attorneys for BUNKER HOLDINGS, LTD., with offices at 1350 Broadway, Suite 1507, New York, New York 10018.

On August 5, 2008, I served true copies of the attached Motion to Admit Counsel *Pro Hac Vice* and Affidavit of George N. Proios In Support of Motion to Admit Counsel *Pro Hac Vice* upon:

Claurisse Ann Campanale-Orozco Corozco.
Tisdale Law Offices, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Attorneys for Plaintiff

Thomas L. Tisdale.
Tisdale Law Offices, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Attorneys for Plaintiff

by depositing same in a sealed and postage prepaid envelope, in a post-office or official depository of the US Postal Service within the State of New York, addressed to the last known address of the addressees as indicated above.

I declare and state under penalty of perjury that the foregoing is true and correct.

Executed on: August 5, 2008

*Alberta Jacques*
Alberta Jacques

Law Offices of George N. Proios, PLLC
Herald Square Building
1350 Broadway, Suite 1507
New York, N.Y 10018
(212) 279-8880
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
AQUAVITA INTERNATIONAL, S.A.
                                                       :
           Plaintiff,                                  :
                                                          08 Civ. 5878 (WHP)
     v.                                                :
                                                          **AFFIDAVIT OF GEORGE N. PROIOS
                                                       :  IN SUPPORT OF MOTION TO
BUNKER HOLDINGS, LTD.,                                    ADMIT COUNSEL *PRO HAC VICE***
                                                       :
           Defendant
                                                       :
-------------------------------------------------------x

State of New York    )
                     )  ss:
County of New York   )

George N. Proios, being duly sworn, hereby deposes and says as follows:

    1.     I am a Member at the Law Offices of George N. Proios, PLLC, and counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge ot the facts set forth herein and in support of Defendant's motion to admit J. Stephen Simms as counsel *pro hac vice* to represent Defendant in this matter.

    2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice in January 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.     I have known J. Stephen Simms since 1993.

    4.     Mr. Simms is a Partner at Simms Showers, LLP, in Baltimore, Maryland.

    5.     I have found Mr. Simms to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Attached hereto as Exhibit A are certificates of good standing for Mr. Simms from the Supreme Court of Illinois, the District of Columbia Court of Appeals and the Court of Appeals of Maryland.

7. Accordingly, I am pleased to move the admission of J. Stephen Simms, *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of J. Stephen Simms, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit J. Stephen Simms, *pro hac vice*, to represent Defendant in the above captioned matter, be granted.

Dated: August 5, 2008
New York, New York

_____
George N. Proios  (GP-9331)

Sworn to before me on this

5th day of August 2008

_____
NOTARY PUBLIC

WALKER G. HARMAN, JR.
Notary Public, State of New York
No. 02HA...
Qualified in New...
Commission Exp...

2

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

John Stephen Simms

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1983 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, July 09, 2008.

*Juleann Hornyak*
Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**JOHN S. SIMMS**

was on the 18ᵀᴴ day of SEPTEMBER, 1984 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 25, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twentieth day of December, 1985,

### John Stephen Simms

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-fourth day of July, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
NEW YORK
------------------------------------------------------x
                                                      :
AQUAVITA INTERNATIONAL, S.A.                          :
                                                      :
                    Plaintiff,                        :      08 Civ. 5878 (WHP)
                                                      :
          v.                                          :      **ORDER FOR ADMISSION**
                                                      :      **PRO HAC VICE**
BUNKER HOLDINGS, LTD.,                                :      **ON WRITTEN MOTION**
                                                      :
                    Defendant.                        :
                                                      :
------------------------------------------------------x

Upon the motion of George N. Proios, Attorney for Defendant and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>    J. Stephen Simms
>    Simms Showers LLP
>    20 S. Charles Street
>    Suite 702
>    Baltimore, Maryland 21201
>    Phone:   410-783-5795
>    Facsimile: 410-510-1789
>    E-mail: jssimms@simmsshowers.com

is admitted to practice *pro hac vice* as counsel for Defendant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov . Counsel shall

forward *pro hac vice* fee to the Clerk of Court.


Dated: August ____ , 2008
      New York, New York




                                                      _____
                                                      U.S.D.J.

## CERTIFICATE OF SERVICE

Alberta Jacques declares and states that:

I am not a party to these actions, am over 18 years of age and reside in Queens, New York. I am at the Law Offices of George N. Proios, PLLC, attorneys for BUNKER HOLDINGS, LTD., with offices at 1350 Broadway, Suite 1507, New York, New York 10018.

On August 5, 2008, I served true copies of the attached Motion to Admit Counsel *Pro Hac Vice* and Affidavit of George N. Proios In Support of Motion to Admit Counsel *Pro Hac Vice* upon:

Claurisse Ann Campanale-Orozco Corozco.
Tisdale Law Offices, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Attorneys for Plaintiff

Thomas L. Tisdale.
Tisdale Law Offices, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Attorneys for Plaintiff

by depositing same in a sealed and postage prepaid envelope, in a post-office or official depository of the US Postal Service within the State of New York, addressed to the last known address of the addressees as indicated above.

I declare and state under penalty of perjury that the foregoing is true and correct.

Executed on: August 5, 2008

Alberta Jacques