USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
NEW YORK
------------------------------------------------------x
:
AQUAVITA INTERNATIONAL, S.A.
:
                 Plaintiff,                               08 Civ. 5878 (WHP)
:
    v.                                               ORDER FOR ADMISSION
                                                   PRO HAC VICE
BUNKER HOLDINGS, LTD.,               ON WRITTEN MOTION
:
                 Defendant.
:
------------------------------------------------------x

Upon the motion of George N. Proios, Attorney for Defendant and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

                J. Stephen Simms
                Simms Showers LLP
                20 S. Charles Street
                Suite 702
                Baltimore, Maryland 21201
                Phone:    410-783-5795
                Facsimile:  410-510-1789
                E-mail: jssimms@simmsshowers.com

is admitted to practice *pro hac vice* as counsel for Defendant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov . Counsel shall

forward *pro hac vice* fee to the Clerk of Court.

Dated: August 14, 2008
      New York, New York

                                                     _____
                                                     U.S.D.J.