USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
AQUAVITA INTERNATIONAL S.A.,                :

                Plaintiff,                :          08 Civ. 5878 (WHP)

                                      :          SCHEDULING ORDER

     -against-                                      :

BUNKER HOLDINGS LTD.,                         :

                Defendant.                :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

       Counsel for all parties having appeared before the Court for a teleconference, the following schedule is established on consent of the parties:

       1. Defendant shall submit a letter requesting a pre-motion conference by September 11, 2008;

       2. Plaintiff shall submit a letter in opposition by September 17, 2008; and

       3. A pre-motion conference shall take place on September 19, 2008 at 11:00 a.m.

Dated: August 22, 2008
       New York, New York

                                  SO ORDERED:

                                  _____
                                  WILLIAM H. PAULEY III
                                      U.S.D.J.

*Counsel of record:*

Claurisse Ann Campanale-Orozco, Esq.
Tisdale Law Offices, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
*Counsel for Plaintiff*

George Nicholas Proios, Esq.
Law Offices of George N. Proios, PLLC
Herald Square Building
1350 Broadway
Suite 1507
New York, NY 10018-7702
*Counsel for Defendant*

J. Stephen Simms, Esq.
Simms Showers, L.L.P.
20 South Charles Street, Suite 702
Baltimore, MD 21201
*Counsel for Defendant*