11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

10 SPRUCE STREET
(203) 254-8474
FAX (203) 254-1641

TL@TISDALE-LAW.COM

WWW.TISDALE-LAW.COM

**MEMO ENDORSED**

August 18, 2008

AUG 19 2008

CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

**By Hand**
Hon. William H. Pauley
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

    Re:    **Aquavita International SA v. Bunker Holdings**
             **Docket No: 08-5878**
             **Our File No.: 08-1910**

Dear Honorable Sir:

    We represent the Plaintiff in the above referenced matter. We write in respect of the conference that is scheduled before your Honor for Friday, August 22, 2008 at 9:45 a.m.

    We respectfully request that the conference be held by telephone if possible. The undersigned will be in her Connecticut office that morning, also attending a 9:30 a.m. teleconference with your Honor. In addition, counsel for the Defendant, Mr. J. Stephen Simms will be in his Washington, D.C. office and consents to this request to appear by telephone. Counsel for both parties will phone in at 9:30 a.m. if Your Honor so consents.

    We appreciate your Honor's indulgence in this request

Respectfully submitted,

Claurisse Campanale-Orozco

*Application granted.*
SO ORDERED:
_____
dk  WILLIAM H. PAULEY III U.S.D.J.
8/22/08